# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MURDER ACCOUNTABILITY PROJECT,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No.: 20-3186 (ABJ) |

## DEFENDANTS' STATUS REPORT

Pursuant to this Court's January 20, 2021 Order (ECF No. 18), Defendants provide the following status report. Plaintiff filed its Complaint on November 4, 2020. *See* Compl. Defendants filed their Answer on January 19, 2021. *See* Answer (ECF No. 17). Thereafter, the Court ordered Defendants to file either a dispositive motion by February 17, 2021, or a report setting forth a schedule for completion of its production of documents. *See* Order (ECF No. 18).

This action relates to three Freedom of Information Act ("FOIA") requests Plaintiff allegedly submitted on August 18, 2020, to the Federal Bureau of Investigation ("FBI"), the National Park Service ("NPS"), and the Bureau of Indian Affairs ("BIA"). *See* Compl. ¶ 9 (ECF No. 1). Through these requests, Plaintiff allegedly sought various records "relating to murders, homicides, and/or manslaughters." *Id.* As Defendants set forth in their Answer, neither NPS nor BIA have a record of receiving an August 18, 2020 FOIA request from Plaintiff. *See* Answer ¶ 11. Additionally, the FBI closed Plaintiff's FOIA request after concluding that it was overly broad. *See id.* ¶ 12.

While Defendants had been preparing to proceed to dispositive motions practice, on February 5, 2021, Plaintiff filed a Motion to Consolidate this action with another pending action, *Murder Accountability Project v. Department of Justice*, No. 19-cv-2478 (ABJ) ("*MAP I*").  *See* Mot. to Consolidate (ECF No. 19).  According to Plaintiff, "[t]hese actions present the quintessential case for consolidation[.]"  *Id.* at 2.  However, as Defendants will explain in their forthcoming Opposition, the cases are poorly situated for consolidation as, among other things, the Parties' cross-motions for summary judgment are fully briefed in *MAP I* and this matter remains at its infancy.  Additionally, the two actions present substantially different questions.  In *MAP I*, the Parties briefed the adequacy of searches and exemptions, along with Plaintiff's failure to exhaust its administrative remedies.  But here, Defendants anticipate that the Parties will engage in dispositive motions practice addressing whether Plaintiff submitted a FOIA request to NPS or BIA and whether the request it submitted to the FBI was overly broad.

With that said, Defendants contend that the Court should resolve Plaintiff's Motion to Consolidate before the Parties proceed to dispositive motions practice in this action.  In its Motion, Plaintiff asks the Court to consolidate the actions and schedule a "status conference ... to ensure ordered and expeditious production of the crime data records [Plaintiff] seeks" and to "determine how the FOIA requests and ensuing litigation in *MAP II* affect *MAP I*[.]"  Mot. to Consolidate at 1.  How the Court resolves that Motion will substantially impact how the briefing proceeds in this case.

Accordingly, Defendants respectfully propose that any obligation to file a dispositive motion be stayed pending resolution of Plaintiff's Motion to Consolidate.

February 17, 2021                         Respectfully submitted,

                                              MICHAEL R. SHERWIN
                                              Acting United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division

By:    */s/ Brian J. Field*
                                              BRIAN J. FIELD
                                              D.C. Bar #985577
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              Tel: (202) 252-2551
                                              E-mail: Brian.Field@usdoj.gov