**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MURDER ACCOUNTABILITY PROJECT,        )<br>                                                              )<br>                    Plaintiff,                       )<br>                                                              )       Case No. 1:19-cv-02478-ABJ<br>       v.                                                 )<br>                                                              )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>                                                              )<br>                    Defendants.                   )<br>                                                              )<br>MURDER ACCOUNTABILITY PROJECT,        )<br>                                                              )<br>                    Plaintiff,                       )<br>                                                              )       Case No. 1:20-cv-03186-ABJ<br>       v.                                                 )<br>                                                              )<br>U.S. DEPARTMENT OF JUSTICE, *et al.*, )<br>                                                              )<br>                    Defendants.                   )<br>                                                              ) | |

## JOINT STATUS REPORT

Plaintiff Murder Accountability Project ("MAP") and Defendants the U.S. Department of Justice, *et al.* ("Defendants") (collectively, the "Parties"), by and through undersigned counsel, respectfully submit the following status report in accordance with the Court's September 30, 2022, Minute Order.

On September 28, 2022, the Court requested a telephone conference with the parties in case number 20-cv-03186-ABJ ("*MAP II*"). The requested conference took place on September 29, 2022. Following that conference, the Court ordered that notwithstanding its February 25, 2021, order denying MAP's motion to consolidate case number 19-cv-02478-ABJ ("*MAP I*") and *MAP II*, the cases were now to be consolidated and stayed pending further order of the Court. The Court further ordered the parties to file a status report by no later than October 26, 2022, informing it as

to whether the parties seek mediation to determine the scope and timing of the requested document productions in response to MAP's Freedom of Information Act ("FOIA") requests in both cases.

On September 30, 2022, MAP informed Defendants that it believes it would be fruitful to involve a third party neutral as suggested by the Court during the September 29, 2022, conference call, and that it agrees to requesting the assistance of a magistrate judge to mediate negotiations over the scope and timing of document productions for the now consolidated *MAP I* and *II* cases. MAP was (and continues to be) agreeable to continuing negotiations with the Military Defendants[1] that are currently ongoing in *MAP I*, and to exploring whether there is progress to be made with other individual Defendants, while a referral to mediation is initiated. Following conferral between the Parties, the Parties have agreed to seek the assistance of mediation in resolving the remaining disputes.

As such, the Parties respectfully request that the Court refer the cases to mediation to be provided by a U.S. Magistrate Judge.

Dated:  October 5, 2022

                                                                Respectfully submitted,

                                                                /s/ *Courtney T. DeThomas*

Courtney T. DeThomas (D.C. Bar #888304075)
courtneydethomas@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
202-973-4280

Thomas R. Burke (appearing *pro hac vice*)
thomasburke@dwt.com

---

[1] Collectively, the term "Military Defendants" refers to the United States Army, Navy, and Air Force.

DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
San Francisco, CA 94111
415-276-6500

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
Assistant United States Attorney
Civil Division
United States Attorney's Office
601 D Street N.W.
Washington, D.C. 20530
(202) 252-2550
dedra.curteman@usdoj.gov

*Attorneys for the United States of America*